UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:      TAMITHA DANITA CORROTHERS,      BK. NO. 14-00609

Debtor.

## MOTION TO CONVERT TO CHAPTER 13

The Debtor moves the Court to enter an Order converting the debtor's Chapter 7 Bankruptcy Case to a Chapter 13 Bankruptcy Case and in support thereof the debtor asserts as follows:

1. The debtor filed her Chapter 7 on May 27, 2014

2. The debtor wishes to pay her debts in full through a Chapter 13 Bankruptcy plan. The Debtor is eligible to be a debtor under the provisions of a Chapter 13 Bankruptcy.

**WHEREFORE,** the debtor moves the Court to convert her Chapter 7 case to a case under Chapter 13.

TAMITHA DANITA CORROTHERS
Debtor by Counsel

THOMAS H. FLUHARTY, #1231
Counsel for Debtor
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832

## CERTIFICATE OF SERVICE

I hereby certify that on the  12 th  day of  August , 2014, I served the foregoing **"MOTION TO CONVERT TO CHAPTER 13"** upon the individuals listed on the attached mailing Matrix, by depositing true copies thereof in the United States Mail, postage prepaid, in envelopes addressed to them.

Served electronically:

U.S. Department of Justice
Office of the Assistant U.S. Trustee

Helen M. Morris
hmmorris@wvtrustee.org

Arthur M. Standish
standiam@steptoe-johnson.com

---

THOMAS H. FLUHARTY, #1231
Counsel for Debtor
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832

Harrison County Bank
c/o Booth & McCarthy
PO Box 4669
Bridgeport, WV 26330-4669

McNeer, Highland, McMunn & Varner, LC
PO Drawer 2040
Clarksburg, WV 26302-2040

Fidelity Collections
PO Box 2055
Alliance, OH 44601-0055

Harrison County Bank
Bridgeport, WV 26330

Mark Page
670 Rush Run Road
Salem, WV 26426-8529

McNeer, Highland, McMunn & Varner, LC
Sam H. Harrold, III
PO Drawer 2040
Clarksburg, WV 26302-2040

McNeer, Highland, McMunn, and Varner LC
Empire Building - 400 West Main Street
PO Drawer 2040
Clarksburg, WV 26302-2040

Edward R Kohout
235 High Street, # 307
Morgantown, WV 26505-5455

Tamitha Danita Corrothers
670 Rush Run Road
Salem, WV 26426-8529